UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JAMES MACABE,

        Plaintiff,

   v.

CDCR,

        Defendant.

No. 2:24-cv-3090 WBS AC P

ORDER

Plaintiff, a state prisoner proceeding without counsel, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 11. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 11) are adopted in full; and

    2. The complaint is dismissed for failure to state a claim for the reasons set forth in the

1

October 29, 2025, Screening Order (ECF No. 7). See L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

    3. The Clerk of the Court is directed to enter judgment and close this matter.

Dated:  April 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE